# Brantley *v.* Cameron.

*Final Settlement of Administrator's Accounts.*

1. *Delivery, as perfecting gift.*—Delivery, actual or constructive, is
necessary to perfect a gift of personal property.

APPEAL from the Probate Court of Talladega.
Tried before the Hon. GEO. K. MILLER.

In the matter of the final settlement of the accounts and
vouchers of Mrs. Olive W. Cameron, as the administratrix of
the estate of Mrs. Caroline H. Ford, deceased. The distrib-
utees filed written objections to the account-current as stated
by the administratrix, and moved to charge her, among other
things, with "a lot of silver-ware, valued at $100." The only
evidence adduced in reference to this item was as follows:
Mrs. Ford, the decedent, bought a lot of silver-ware, at $50,
at the administrator's sale of her husband's property in Geor-
gia; and she carried it with her when she went to live with Mrs.
Cameron, who was her sister. J. K. Weisinger had married
a daughter of Mrs. Cameron, and lived in the house with them.
Said Weisinger testified, as a witness for the administratrix,
"that on one occasion while his wife and Mrs. Ford were
present, his wife spoke to him about some silver-ware that she
had heard was for sale very cheap, and asked him if he could
let her have the money to buy it; that Mrs. Ford then
remarked, "*What is the use of your buying silver-ware? You
can have mine;*" that he did not see any silver-ware delivered
to his wife by Mrs. Ford at the time, and could not say
whether or not any silver-ware was ever delivered or turned
over to his wife by Mrs. Ford, or by any one else." The
court refused to charge the administratrix with this item, and
the distributees excepted; and they now assign this ruling,
with others, as error.

[Eubank v. Clark.]

HEFLIN, BOWDON & KNOX, for appellant, cited *Sims v. Sims*, 2 Ala. 117; *Huddleston v. Huey*, 73 Ala. 215; *Walker v. Crews*, 73 Ala. 412.

JNO. W. BISHOP, *contra*.

SOMERVILLE, J.—We have examined the evidence in this cause with all proper care, and are not clearly satisfied that the finding of the Probate Judge is erroneous, except in one particular. The administratrix should have been charged with the item of silver-ware, shown to have been worth the sum of fifty dollars. The alleged gift of these articles by the deceased to Mrs. Weisinger is not sustained by the testimony; the fact of delivery, either actual or constructive, not being proved. A gift of personal property, without delivery, is ineffectual to pass the title to the donee.—*Huddleston v. Huey*, 73 Ala. 215.

The judgment is reversed, and the cause remanded, that the account may be re-stated with this correction. In other particulars, we find no error in the record.